# EXHIBIT 2

# Elan Corporation, plc Securities Litigation

## SCHEDULE OF TRANSACTIONS AND LOSSES

### Gary W. Kleinman

| Date | Option | Type | Contracts | Price Per Contract | (Cost)/Proceeds |
|---|---|---|---|---|---|
| Pre-Class Period | July Call $17.50 | BUY | 2,000 | $703.50* | ($1,407,000.00) |
| 6/18/2008 | July Call $17.50 | SELL | 2,000 | $1,200.00 | $2,400,000.00 |
| 6/25/2008 | July Call $25.00 | BUY | 1,129 | $850.00 | ($959,650.00) |
| 7/3/2008 | July Call $25.00 | BUY | 1,371 | $953.59 | ($1,307,371.89) |
| 7/3/2008 | July Call $25.00 | BUY | 500 | $950.00 | ($475,000.00) |
| 7/11/2008 | July Call $25.00 | BUY | 146 | $960.00 | ($140,160.00) |
| 7/14/2008 | July Call $25.00 | BUY | 854 | $926.14 | ($790,923.56) |
| 7/17/2008 | July Call $25.00 | SELL | 2,000 | $706.89 | $1,413,780.00 |
| 7/17/2008 | July Call $25.00 | SELL | 2,000 | $791.89 | $1,583,780.00 |
| 7/17/2008 | Oct. Call $20.00 | BUY | 2,000 | $1,425.01 | ($2,850,020.00) |
| 7/17/2008 | Oct. Call $20.00 | BUY | 2,000 | $1,391.89 | ($2,783,780.00) |
| 7/25/2008 | Oct. Call $20.00 | SELL | 50 | $1,420.00 | $71,000.00 |
| 7/30/2008 | Oct. Call $20.00 | SELL | 950 | $300.00 | $285,000.00 |
| 7/30/2008 | Oct. Call $20.00 | SELL | 1,000 | $260.00 | $260,000.00 |
| 7/30/2008 | Oct. Call $20.00 | SELL | 1,000 | $250.00 | $250,000.00 |
| 7/30/2008 | Oct. Call $20.00 | SELL | 1,000 | $192.55 | $192,550.00 |
| | | | | **Total Loss:** | **($4,257,795.45)** |

\* Average purchase price