UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re ELAN CORPORATION SECURITIES   :
LITIGATION                                                          :     **ORDER REGULATING**
                                                                             :     **PROCEEDINGS**
                                                                             :
                                                                             :     Master File No. 1:08-cv-08761-AKH
This document relates to:  All Actions         :
------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

By order dated May 8, 2009, I appointed the Tyne & Wear Pension Fund as the lead plaintiff of these consolidated securities cases. Counsel for the lead plaintiff shall confer with all counsel, and then propose, by May 18, 2009, a schedule for approximately the next six months of this litigation.

SO ORDERED.

Dated:    May __, 2009
            New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/09
```