

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————— x
In re ELAN CORPORATION SECURITIES      :      Master File No. 1:08-cv-08761-AKH
LITIGATION                             :
                                       :      CLASS ACTION
—————————————————— :
                                       :
This Document Relates To:              :
                                       :
      ALL ACTIONS.                     :
—————————————————— x

STIPULATION AND [~~PROPOSED~~] ORDER

USDC ~~...~~
DO~~...~~
EL~~...~~ ~~...~~ALLY FILED
DC~~...~~
DATE ~~...~~ 7/7/09

WHEREAS, on May 20, 2009, the Court entered an Order providing, among other things, that Lead Plaintiff shall file its Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") by July 17, 2009; Defendants shall file their Motion to Dismiss by September 18, 2009; Lead Plaintiff shall file its Opposition to Defendants Motion to Dismiss by November 20, 2009; and Defendants shall file their reply motion by January 8, 2010.

WHEREAS, Lead Plaintiff seeks an extension of time to file and serve the Amended Complaint and Defendants do not oppose such request, provided that Defendants' time to respond to the Amended Complaint is extended as well; and

WHEREAS, there have been no prior requests to extend the time for the filing of the Amended Complaint;

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties, subject to the approval of the Court, as follows:

1.    Lead Plaintiff shall file its Amended Complaint by August 17, 2009;

2.    Defendants shall file their Motion to Dismiss by November 13, 2009;

3.    Lead Plaintiff shall file and serve its opposition to any motion to dismiss by January 15, 2010; and

4.    Defendants shall file their reply papers by March 17, 2010.

DATED:                                COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                      ROBERT M. ROTHMAN
                                      DAVID A. ROSENFELD


                                      _____
                                      DAVID A. ROSENFELD

- 1 -

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
MATTHEW P. MONTGOMERY
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

*Lead Counsel for Plaintiff*

DATED: 6/1/2009

SHEARMAN & STERLING LLP
JACULIN AARON
DANIEL M. SEGAL

DANIEL M. SEGAL

599 Lexington Avenue
New York, NY 10022
Telephone: 212/848-4000
212/848-7179 (fax)

*Attorneys for Defendants*

\*    \*    \*

**ORDER**

IT IS SO ORDERED.

DATED: 7/7/09

THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

- 2 -