UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
In re ELAN CORPORATION : Master File No. 1:08-cv-08761-AKH
SECURITIES LITIGATION :
:
:
------------------------------------------------------------ x

### THE ELAN DEFENDANTS' NOTICE OF MOTION
### TO DISMISS THE CONSOLIDATED COMPLAINT

**PLEASE TAKE NOTICE** that Defendants Elan Corporation, plc, G. Kelly Martin, and Lars Ekman, upon the accompanying memorandum of law, and the Declaration of Jaculin Aaron, both dated December 11, 2009, and the exhibits annexed thereto, move this Court for an order dismissing the Consolidated Complaint for Violations of the Federal Securities Laws in the above-captioned matter with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, and awarding them such other and further relief as the Court deems appropriate.

A Table of Contents for the motion is annexed hereto.

Dated: New York, New York
December 11, 2009

SHEARMAN & STERLING LLP

By:  s/ Jaculin Aaron
    Jaculin Aaron
    Daniel M. Segal
    599 Lexington Avenue
    New York, New York 10022-6069
    (212) 848-4000
    Fax: (212) 848-7179

    *Counsel for Defendants
    Elan Corporation, plc, G. Kelly Martin,
    and Lars Ekman*