UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
                                          :
                                          :        Master File No. 1:08-cv-08761-AKH
In re ELAN CORPORATION                    :
SECURITIES LITIGATION                     :
                                          :
                                          :
———————————————————— x

### THE ELAN DEFENDANTS' NOTICE OF MOTION FOR AN ORDER
### TO REMOVE TYNE & WEAR PENSION FUND AS LEAD PLAINTIFF

**PLEASE TAKE NOTICE** that Defendants Elan Corporation, plc, G. Kelly Martin, and

Lars Ekman, upon the accompanying memorandum of law, and the Declaration of Jaculin Aaron,

both dated September 27, 2010, and the exhibits annexed thereto, move this Court for an order to

remove Tyne & Wear Pension Fund as the lead plaintiff in the above-captioned matter.

A Table of Contents for the motion is annexed hereto.

Dated:  New York, New York
        September 27, 2010

                              SHEARMAN & STERLING LLP

                              By:   s/ Jaculin Aaron
                                    Jaculin Aaron
                                    599 Lexington Avenue
                                    New York, New York 10022-6069
                                    Tel:  (212) 848-4000
                                    Fax: (212) 848-7179

                                    *Counsel for Defendants*
                                    *Elan Corporation, plc, G. Kelly Martin,*
                                    *and Lars Ekman*

**TABLE OF CONTENTS TO THE ELAN DEFENDANTS'
MOTION FOR AN ORDER TO REMOVE TYNE & WEAR PENSION
FUND AS LEAD PLAINTIFF**

- The Elan Defendants' Notice of Motion for an Order to Remove Tyne & Wear Pension Fund as Lead Plaintiff

- Memorandum of Law in Support of the Elan Defendants' Motion for an Order to Remove Tyne & Wear Pension Fund as Lead Plaintiff

- Declaration of Jaculin Aaron

<u>Exhibits to the Declaration of Jaculin Aaron</u>                    <u>Exhibit</u>

August 23, 2010 letter from Jaculin Aaron to Hon. Alvin K. Hellerstein……………..A

September 16, 2010 letter from Samuel H. Rudman to Hon. Alvin K. Hellerstein…....B

May 8, 2009 Order Appointing Lead Plaintiff and Approving Lead Counsel……..…..C