## **CERTIFICATE OF SERVICE**

      I, Jaculin Aaron, hereby certify that on September 27, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

                                                               <u>s/ Jaculin Aaron</u>
                                                               Jaculin Aaron